# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ISLAND VENTURES, LLC

VERSUS

K-MAR SUPPLY II, LLC, ET AL.

NO.  2026 CW 0428

**APRIL 20, 2026**

---

In Re:    Parker Hannifin Corporation and Baldwin Filters, Inc.,
          applying for supervisory writs, 17th Judicial District
          Court, Parish of Lafourche, No. 141060.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT